■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONG NGUYEN, Appellant. [655 NYS2d 408] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Goldstein, J.), rendered April 25, 1994, convicting him of burglary in the first degree, robbery in the first degree, criminal possession of a weapon in the second degree (2 counts), and

criminal possession of a weapon in the third degree (2 counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

A defendant has a right to be present at sidebar conferences with prospective jurors which explore their backgrounds and their ability to weigh the evidence objectively (*see, People v Antommarchi*, 80 NY2d 247). Here, the defendant knowingly, voluntarily, and intelligently waived his right to be present prior to the commencement of the voir dire (*see, People v Smallwood*, 225 AD2d 713).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Bracken, Rosenblatt and Miller, JJ., concur.